■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANE SIMPSON, Appellant. [55 NYS3d 662]—Appeal by the defendant from a judgment of the County Court, Westchester County (Adler, J.), rendered July 3, 2013, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant validly waived his right to appeal (*see People v Farmer*, 123 AD3d 735 [2014]). His challenge to the factual sufficiency of the plea allocution is precluded by the valid waiver of his right to appeal (*see People v Smith*, 146 AD3d 904 [2017]; *People v Duchatellier*, 138 AD3d 887 [2016]; *People v Dame*, 100 AD3d 1032 [2012]).

The defendant's valid waiver of his right to appeal does not preclude our review of the defendant's challenge to the legality of his sentence as a second violent felony offender (*see People v Seaberg*, 74 NY2d 1, 9 [1989]; *People v Helmus*, 125 AD3d 884 [2015]). However, the contention is unpreserved for appellate review (*see People v Ehrenberg*, 236 AD2d 420 [1997]; *cf. People v Samms*, 95 NY2d 52 [2000]) and, in any event, without merit (*see* Penal Law § 70.04 [1] [b] [v]; *People v Meckwood*, 20 NY3d 69, 73 [2012]). Balkin, J.P., Roman, Hinds-Radix and LaSalle, JJ., concur.